Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Benjamin F. J. Nemec
Assistant Federal Public Defender
Nevada State Bar No. 14591
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Ben_Nemec@fd.org

Attorney for Sergio Lopez

# United States District Court
## District of Nevada

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>v.<br><br>SERGIO LOPEZ,<br><br>     Defendant. | Case No. 2:21-mj-00191-DJA-1<br><br>ORDER **TO CONTINUE BENCH TRIAL**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Rachel Kent, Special Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for Sergio Lopez, that the bench trial currently scheduled on September 29, 2021 at 9:00 am, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days, preferably in the first week of January.

This Stipulation is entered into for the following reasons:

1. Mr. Lopez has recently enrolled in law school in California and is currently in the first semester of his first year. Mr. Lopez's ability to attend court hearings and devote the requisite assistance to his defense is hampered until his winter break, which is December 17-January 10.

2. In addition, defense counsel needs additional time to review discovery and conduct independent investigation.

3. Mr. Lopez is not incarcerated and agrees to this continuance.

4. The parties agree to this continuance.

This is the first request for a continuance of the Bench Trial.

DATED this 15th day of September 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By */s/ Benjamin F. J. Nemec*<br>BENJAMIN F. J. NEMEC<br>Assistant Federal Public Defender | By */s/ Rachel Kent*<br>RACHEL KENT<br>Special Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-mj-00191-DJA-1 |
| Plaintiff, | **ORDER** |
| v. | |
| SERGIO LOPEZ, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the bench trial currently scheduled on Wednesday, September 29, 2021, at 9:00 a.m., be vacated and continued to December 8, 2021, at 9:00 a.m., Courtroom 3A.

DATED this 16th day of September 2021.

UNITED STATES MAGISTRATE JUDGE
DANIEL J. ALBREGTS

3