Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Benjamin F. J. Nemec
Assistant Federal Public Defender
Nevada State Bar No. 14591
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Ben_Nemec@fd.org

Attorney for Sergio Lopez

# United States District Court
## District of Nevada

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-mj-00191-DJA-1 |
| Plaintiff, | **ORDER TO CONTINUE BENCH TRIAL** |
| v. | (Second Request) |
| SERGIO LOPEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Supriya Prasad, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for Sergio Lopez, that the bench trial currently scheduled on December 8, 2021 at 9:00 am, be vacated and continued to a date and time convenient to the Court, but preferably sometime between **December 17, 2021** and **January 10, 2021.**

This Stipulation is entered into for the following reasons:

1. Mr. Lopez has recently enrolled in law school in California and is currently in the first semester of his first year. Mr. Lopez's ability to attend court hearings and devote the requisite assistance to his defense is hampered until his winter break, which is December 17, 2021-January 10, 2021.

2. Mr. Lopez is not incarcerated and agrees to this continuance.

3. The parties agree to this continuance.

This is the second request for a continuance of the Bench Trial.

DATED this 25th day of October 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By */s/ Benjamin F. J. Nemec*<br>BENJAMIN F. J. NEMEC<br>Assistant Federal Public Defender | By */s/ Supriya Prasad*<br>Supriya Prasad<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-mj-00191-DJA-1 |
| Plaintiff, | **ORDER** |
| v. | |
| SERGIO LOPEZ, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the bench trial currently scheduled on Wednesday, December 8, 2021, at 9:00 a.m., be vacated and continued to January 4, 2022, at 9:00 a.m. This will be an in person hearing. Courtroom to be determined at a later date.

DATED this 28th day of October 2021.

_____
UNITED STATES MAGISTRATE JUDGE
DANIEL J. ALBREGTS, U.S. Magistrate Judge

3